**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
Case No. 0:21-cv-60867-RS

DELROY A. CHAMBERS, JR.,

    Plaintiff,

v.

FLORIDA RESORT PROPERTY
MANAGEMENT, LLC, doing business as
RENT 1 SALE 1 MIA,

    Defendant.
_____/

**JOINT NOTICE OF SETTLEMENT**

    The Parties, pursuant to S.D. Fla. L.R. 16.4, hereby give notice to the Court that they have settled this matter. The Parties respectfully request that they be relieved of all pending deadlines and obligations. Plaintiff will file appropriate dismissal papers in accordance with the terms of the settlement agreement.

    Respectfully submitted,

Joshua A. Glickman, Esq.
Florida Bar No. 43994
josh@sjlawcollective.com
Shawn A. Heller, Esq.
Florida Bar No. 46346
shawn@sjlawcollective.com
Social Justice Law Collective, PL
974 Howard Avenue
Dunedin, Florida 34698
(202) 709-5744
(866) 893-0416 (Fax)

Attorneys for the Plaintiff

By: _s/ Joshua A. Glickman_
      Joshua A. Glickman, Esq.

Geoffrey D. Ittleman, Esq.
Florida Bar No. 377790
The Law Offices of
Geoffrey D. Ittleman, P.A.
Tel: (954) 462-8340
Fax: (954) 324-2037
geoffrey@ittlemanlaw.com

Attorneys for the Defendant

By:  *s/ Geoffrey Ittleman*
        Geoffrey Ittleman, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, on this 8th day of January 2022, which will send a notice of electronic filing to all attorneys of record.

By:  *s/ Joshua A. Glickman*
        Joshua A. Glickman, Esq.