UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60867-CIV-SMITH

DELROY A. CHAMBERS, JR.,

    Plaintiff,

v.

FLORIDA RESORT PROPERTY
MANAGEMENT, LLC,

    Defendant.

_____/

**NOTICE OF COURT PRACTICE ON NOTICE OF SETTLEMENT**

This matter is before the Court on the Notice of Settlement [DE 14], indicating that this matter has been fully settled. Upon consideration, it is hereby

ORDERED that

(1) The parties shall file their Stipulation of Dismissal in accordance with Federal Rule of Civil Procedure 41 on or before **February 10, 2022.** Failure to comply with this Order may result in the final dismissal of this case.

(2) All pending motions not otherwise ruled upon are **DENIED AS MOOT**.

(3) This case is **CLOSED**.

DONE and ORDERED in Fort Lauderdale, Florida, this 10th day of January 2022.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record